1042

No. 85–987. METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY v. AMALGAMATED TRANSIT UNION INTERNATIONAL, AFL–CIO, ET AL. Appeal from C. A. D. C. Cir. dismissed for want of jurisdiction.

No. 85–6026. NAMES v. CALIFORNIA. Appeal from Ct. App. Cal., 6th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–6144. ACUFF v. HENRY ET AL. Appeal from Sup. Ct. Tex. dismissed for want of substantial federal question.

No. 85–1116. CITY OF WHITTIER ET AL. v. WALNUT PROPERTIES, INC., ET AL. Appeal from C. A. 9th Cir. Judgment vacated and case remanded for further consideration in light of *Renton* v. *Playtime Theatres, Inc., ante,* p. 41.

No. — – ——. GRACE v. HEARTLAND TRANSPORTATION INC. Motion of petitioner seeking leave to proceed as a seaman and to be relieved from printing the petition for writ of certiorari and the petition for writ of mandamus in compliance with Rule 33 denied. JUSTICE STEVENS would grant the motion.

No. A–625 (85–1429). AMERICAN GENERAL LIFE & ACCIDENT INSURANCE CO. v. MILLER ET AL. Sup. Ct. Miss. Application for stay pending appeal, addressed to JUSTICE POWELL and referred to the Court, denied. JUSTICE BLACKMUN dissents.

No. D–512. IN RE DISBARMENT OF MEISNER. Disbarment entered. [For earlier order herein, see 473 U. S. 930.]

No. D–529. IN RE DISBARMENT OF MENDELL. Disbarment entered. [For earlier order herein, see 474 U. S. 941.]

No. D–534. IN RE DISBARMENT OF PESNER. Disbarment entered. [For earlier order herein, see 474 U. S. 1016.]

No. D–537. IN RE DISBARMENT OF KIDWELL. Disbarment entered. [For earlier order herein, see 474 U. S. 1030.]